The following constitutes
the order of the court. Signed March 24, 2009

*Marilyn Morgan*
**Marilyn Morgan
U.S. Bankruptcy Judge**

WAYNE A. SILVER, Esq. (CA 108135)
333 West El Camino Real, Suite 310
Sunnyvale, California 94087
Tel. (408) 720-7007
Fax. (408) 720-7001
Email: w_silver@sbcglobal.net

Attorney for Defendants,
DAVID A. NILSEN and
ANGELA NILSEN

# UNITED STATES BANKRUPTCY COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN JOSE DIVISION

| | |
|---|---|
| In re:<br><br>CEDAR FUNDING, INC.,<br><br>    Debtor.<br><br>R. TODD NEILSON, Chapter 11 Trustee,<br><br>    Plaintiff,<br>v.<br><br>DAVID A. NILSEN, et al.,<br><br>    Defendants. | Case No.: 08-52709-MM<br>Chapter 11<br><br><br>Adv. Pro. No. 08-5232<br><br>Date:  March 19, 2009<br>Time:  2:00 p.m.<br>Court:  3070, Hon. Marilyn Morgan |

**ORDER AUTHORIZING WAYNE A. SILVER TO WITHDRAW AS ATTORNEY FOR DEFENDANTS DAVID A. NILSEN AND ANGELA NILSEN**

Page 1

The motion of Wayne A. Silver to withdraw as attorney for Defendants David A. Nilsen and Angela Nilsen in the above-captioned Adversary Proceeding (the "Motion") came on for continued hearing on March 19, 2009, the Hon. Marilyn Morgan, U.S. Bankruptcy Judge, presiding. Appearances were noted on the record.

The Court having read and considered the pleadings and declarations filed in support and opposition to the Motion and having heard all those appearing and wishing to be heard, the matter having been submitted for decision, good cause appearing for the reasons stated on the record, the Motion is GRANTED as follows:

1. Wayne A. Silver is hereby relieved as attorney of record for Defendants David A. Nilsen and Angela Nilsen, who are now appearing in *propria persona*.

2. All papers in this Adversary Proceeding shall be sent directly to Defendants David A. Nilsen and Angela Nilsen at the following address:

DAVID A. NILSEN
ANGELA NILSEN
122 Via Milagro
Monterey, CA 93940
Tel. (831) 658-0280

3. All unearned fees in this Adversary Proceeding, if any, shall be refunded by Wayne A. Silver to Defendants David A. Nilsen and Angela Nilsen.

4. Defendants David A. Nilsen and Angela Nilsen shall promptly make arrangements to obtain their client files and records from Wayne A. Silver.

*** End Of Order***

| | |
|---|---|
| 1 | <u>Court Service List</u> |
| 2 | DAVID A. NILSEN |
| 3 | ANGELA NILSEN |
| | 122 Via Milagro |
| 4 | Monterey, CA 93940 |
| 5 | |
| 6 | FRIEDMAN DUMAS & SPRINGWATER, LLP |
| | CECILY A. DUMAS, Esq. |
| 7 | 150 Spear Street, Suite 1600 |
| 8 | San Francisco, CA 94105 |
| 9 | ADLESON, HESS & KELLY, APC |
| 10 | Patric J. Kelly, Esq. |
| | 577 Salmar Ave., 2nd Fl. |
| 11 | Campbell, CA 95008 |
| 12 | |
| 13 | WAYNE A. SILVER, Esq. |
| | 333 West El Camino Real, Suite 310 |
| 14 | Sunnyvale, California 94087 |

Order Authorizing Wayne A. Silver To Withdraw As Attorney For Defendants David A. Nilsen And Angela Nilsen